(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JOHN A. MuhAmmAd
_____

(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 06-183

BANK oF NEw YoRK
_____

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)
   for discrimination related to __Mortgage FRAud__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __24 KiAmensi RoAd__
   (Street Address)
   __Wilmington__  __NEw CASTLE__  __DE__  __19804__
   (City)      (County)       (State)  (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __BANK oF NEw YoRk__
   (Street Address)

   _____
   (City)   (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on _____, __DEC__, __2004__.
   (Day)   (Month)  (Year)

5. The alleged discriminatory practice ☒ is  ☐ is not continuing.

6. Plaintiff(s) filed charges with the __SUPERIOR Court__
   _____(Agency)_____
   __(5th Kings-500) WILMINGTON NC DE 19801__
   (Street Address)  (City)   (County)  (State) (Zip)
   regarding defendant(s) alleged discriminatory conduct on: __3-23-05__
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☒   No ☐
   If yes, to whom was the appeal taken? __STATE SUPREME Court__

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)
   __DEFENDANT Alleges (SATISFACTION Piece)__
   __of Mortgage was submitted in ERROR.__
   __In turn facts were introduced showing__
   __Mortgage Fraud by Defendant.__

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☐  Plaintiff's race
    B. ☐  Plaintiff's color
    C. ☐  Plaintiff's sex
    D. ☐  Plaintiff's religion
    E. ☐  Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

That (Satisfaction Piece) be deemed correct, in it's submission by Equi Credit, And All forclosure proceedings cease.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-10-6

_john A. Muham_
(Signature of Plaintiff)

## NOTICE TO REDUCE YOUR ABC

STATE OF DELAWARE
DIVISION OF SOCIAL SERVICES
NOVEMBER 29, 2004

TO: JOHN A MUHAMMAD                    0530 G. MORRIS
    24     KIAMENSI RD                 153    E CHESTNUT HIL
                                       ROBSCOTT BLDG.
    WILMINGTON DE     19804            NEWARK DE 19713

CASE:5001203457 ABCA 01                PHONE:(302) 368-6725

Your ABC will go down on JANUARY 01, 2005. Your ABC check was $ 338.00.
Beginning JANUARY 01, 2005, the new amount will $ (270.00)

THIS IS BECAUSE:
AAISHA T MUHAMMAD will not graduate from high school or will not receive a
General Equivalency Diploma (GED) before her 19th birthday. Eighteen year
olds can only get ABC if they are a student and will graduate or receive a
GED before their 19th birthday.

lease look at the calculation page to see how we figured out the change in
your ABC benefit.

---

**IF YOU DO NOT AGREE WITH THIS ACTION, YOU HAVE THE RIGHT TO ASK FOR A**

**HEARING. READ THE LAST PAGE OF THIS TO SEE HOW TO ASK FOR A HEARING.**

**THE RULES WE USED TO TAKE THIS ACTION ARE :**
3027, 3027.1 DSSM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

40A

**Copy:**                                          PRESENT

```
              FS, Cash, and MA Renewal Letter
                  DIVISION OF SOCIAL SERVICES
                       FEBRUARY 10, 2006
```

TO: JOHN A MUHAMMAD              0805 G. MORRIS
    24    KIAMENSI RD                 153   E CHESTNUT HIL
                                      ROBSCOTT BLDG.
    WILMINGTON DE    19804        NEWARK DE 19713

                                  PHONE:(302) 368-6725
                                  CASE:5001203457

Notice of Expiration for Food Stamps, Cash Assistance and Medical Assistance

We are writing to tell you that your household will not get Food Stamps, Cash Assistance and Medical Assistance after MARCH 31, 2006 unless a member of your household completes an application (or the attached renewal letter), is interviewed (if required) and provides all necessary information.

If you have recently sent in an application or completed one in the office, please disregard this letter.

The attached renewal letter is for the program(s) you are receiving. Please complete and sign the renewal letter. Send, mail or fax the renewal letter to your local office by MARCH 15, 2006 .

You may be required to have an office or telephone interview. If you miss your interview, you must call and schedule another interview to continue to receive benefits.

If you cannot come in for an interview due to your age, health or work hours, and you cannot find someone to come in for you, call your local office and your worker will make other arrangements for you.

If we receive the renewal letter by MARCH 15, 2006 and find that your household is still eligible, you will continue to receive Food Stamps, Cash Assistance, and Medical Assistance without a break.

If we receive the renewal letter after that date, your benefits may be

late.

If additional verification is requested at the interview, or by mail, you will be given ten days to submit it in order to receive benefits without a break.

If your Food Stamps, Cash Assistance and Medical Assistance are discontinued because you do not comply with this notice, you can appeal the decision by asking for a fair hearing.

For those who get Food Stamps:
If all members of your household are now receiving Supplemental Security Income(SSI) or plan to apply for SSI, you may reapply for Food Stamps at the Social Security Office instead of filing your application at the Food Stamp office. If you choose to reapply at the Social Security Office, they must receive your application by MARCH 15, 2006 . They will send it to the Food Stamp office for recertification processing.

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN MUHAMMAD, | § § | No. 229, 2005 |
| Defendant Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware in and |
| v. | § § | for New Castle County |
| BANK OF NEW YORK, | § § § | |
| Plaintiff Below, Appellee. | § § | C.A. No. 03L-06-064 |

Submitted: February 23, 2006
Decided: March 2, 2006

Before **STEELE**, Chief Justice, **HOLLAND, BERGER, JACOBS** and **RIDGELY**, Justices.

### ORDER

This 2nd day of March 2006, the Court has carefully considered the motion for reargument and motion for rehearing by the Court *en Banc* filed by the appellant and it appears that the motion for reargument and motion for rehearing by the Court *en Banc* are without merit and should be denied. The fact that the Superior Court acted on the motion for reargument without an objection from the appellee did not cure the jurisdictional defect created by the fact that the motion was untimely. The Superior Court had no

jurisdiction to entertain the untimely motion and, therefore, no power to act on the merits of that motion.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion for reargument and motion for rehearing by the Court *en Banc* are DENIED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice

---

[1] *Preform Bldg. Components, Inc. v. Edwards*, 280 A.2d 697, 698 (Del. 1971).

2

06-163

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
MUHAMMAD, JOHN A

**DEFENDANTS**
BANK OF NEW YORK

**(b)** County of Residence of First Listed Plaintiff  NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JOHN A. MUHAMMAD - PRO SE
24 KIAMENSI ROAD
WILM, DE 19804

Attorneys (If Known)
NEIL F. DIGNON, ESQUIRE
ID# 3625
512 EAST MARKET ST
GEORGETOWN, DE 19947

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☒ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
MORTGAGE FRAUD
Brief description of cause: SATISFACTION PIECE (MORTGAGE)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE Supreme Court / Superior Court Johnston
DOCKET NUMBER CA NO 03L-06-064 / 229, 2005

DATE 3-10-6
SIGNATURE OF ATTORNEY OF RECORD John A. Muhammad

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____