IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-163 SLR |
| | ) |
| BANK OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 23d day of March, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                  _/s/ Sue L. Robinson_
                                                United States District Judge