ORIGINAL

To: William Chambers, Esquire
8009 Gina Place
Vienna, VA 22182          06 163 (SLR)
Phone # 703 893 2209

From: John A. Muhammad
AKA
John A. Rush
24 Kiamensi Road
Wilmington, DE 19804

Case # 03L-06-064 - Superior Court
Z-20-577

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a <u>STAY AGAINST FORECLOSURE PROCEEDINGS</u> (June 13th 2006), has been executed and docketed in the Superior Court Judgment Office.

*John A. Muhammad* (signature)

cc: Thomas D.H. Barnett, I.D. # 994
     Neil F. Dignon, I.D. # 3625
     512 East Market St.
     Georgetown, DE 19947
     302 855-9252
     Attorneys for Bank of New York
cc: Superior Court Judgement Office

FILED PROTHONOTARY 2006 MAY 12 PM 12:44

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 MAY 12 PM 12:57

(D) scanned

To: Thomas D.H. Barnett, I.D. #994
   Neil F. Dignon I.D. #3625
   512 East Market Street
   Georgetown, DE 19947
   302 855-9252
   Attorneys for Bank of New York

From: John A. Muhammad
   AKA
   John A. Rush
   24 Kiamensi Road
   Wilmington, DE 19804

Case # 03L-06-064  Superior Court
       Z-20-577

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a <u>STAY AGAINST FORECLOSURE</u> proceedings (June 13th 2006), has been executed and docketed in the Superior Court Judgment Office.

cc: William Chambers, Esquire
    8009 Gina Place
    Vienna, VA 22182
    Phone # 703 893 2209
cc: Superior Court Judgment Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-163 SLR |
| | ) |
| BANK OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 23d day of March, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                                         */s/ Sue L. Robinson*
                                            United States District Judge

**Utility Events**
1:06-cv-00163-UNA Muhammad v. Bank of New York

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 3/22/2006 at 2:46 PM EST and filed on 3/22/2006
**Case Name:** Muhammad v. Bank of New York
**Case Number:** 1:06-cv-163
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804

## Orders on Motions
1:06-cv-00163-SLR Muhammad v. Bank of New York

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/23/2006 at 1:42 PM EST and filed on 3/23/2006
**Case Name:**      Muhammad v. Bank of New York
**Case Number:**    1:06-cv-163
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER granting [1] Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 3/23/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/23/2006] [FileNumber=188856-0]
[1638a2a893bd6dbc203195dc0bcd7793a00427cf47c20f971e239c10ff8bf8bfb53e
a7e6d81b579c9ba0494996a19b1a7bdf7b37e8c02146af097d50d6923fdd]]

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804