WILLIAM L. CHAMBERS
8009 GINA PLACE
VIENNA, VA 22182
(703) 893-2209



FILED
MAY 18 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

Hon. Sue L. Robinson, Chief Judge
U.S. District Court For The District of Delaware
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

RE: Muhammed v. Bank of New York
Civil No. 06-163 SLR

DE Superior Court Case # 03L-06-064
Z-20-577

May 16, 2006

Dear Judge Robinson:

On May 15, 2006, I received a copy of a March 23 Order signed by Your Honor permitting Mr. Muhammed "to proceed without payment of fees" in the above referenced matter.

I resigned my position with the law firm of Draper & Goldberg effective July 25, 2003. I have been and continue to be on Inactive Status in DE since then. I know nothing about this case, and I have no idea why Mr. Muhammed contacted me.

This is to respectfully request that my name be removed from this case, that I not receive copies of anything related to it and that I not be contacted regarding this case. I have no role in this matter whatsoever.

If you have any questions or if I can be of further assistance, please do not hesitate to contact me.

Thank you for your consideration in this matter.

Respectfully,

*William L. Chambers*
William L. Chambers

cc: John Muhammed (w/o enclosures)
    Office of The Prothonotary, Superior Court



Chambers
8009 Gina Place
Vienna, VA 22182

Hon. Sue L. Robinson, Chief Judge
U.S. District Court For The District of Delaware
District of Delaware
844 North King Street Room 4209
Wilmington, DE 19801

WILLIAM L. CHAMBERS
8009 GINA PLACE
VIENNA, VA 22182
(703) 893-2209

Office of The Prothonotary
Superior Court
500 North King Street
Wilmington, DE 19801

RE: Muhammed v. Bank of New York
Civil No. 06-163 SLR

DE Superior Court Case # 03L-06-064
Z-20-577

May 16, 2006

Dear Sir/Madam:

On May 15, 2006, I received a copy of a March 23 Order signed by Hon. Sue Robinson permitting Mr. Muhammed "to proceed without payment of fees" in the above referenced matter.

I resigned my position with the law firm of Draper & Goldberg effective July 25, 2003. I have been and continue to be on Inactive Status in DE since then. I know nothing about this case, and I have no idea why Mr. Muhammed contacted me.

This is to respectfully request that my name be removed from this case, that I not receive copies of anything related to it and that I not be contacted regarding this case. I have no role in this matter whatsoever.

If you have any questions or if I can be of further assistance, please do not hesitate to contact me.

Thank you for your consideration in this matter.

Respectfully,


William L. Chambers

cc: John Muhammed (w/o enclosures)
    Hon. Sue Robinson

William L. Chambers
6616 Comet Circle, # 609
Springfield, VA 22150-4538
(703) 971-5916

Ms. Ellen Davis
Office of the Prothonotary
Superior Court
500 North King Street
Wilmington, DE 19801

July 25, 2003

Dear Ms. Davis:

My name is William L. Chambers, DE Bar # 2825. I am admitted in DE and currently am on Active Status, although I will shortly switch to Inactive.

Since February 2003, I have signed numerous pleadings in foreclosure cases and some pleadings in a couple of suit on note cases that are in Superior Court. Everything that I have signed is on behalf of the law firm of Draper & Goldberg, the address of its DE office is 512 East Market Street, Georgetown, DE 19947. Effective COB July 25, 2003, I will be leaving the firm and will take a position with the Commonwealth of Virginia. I will have no clients and will be doing no further work on behalf of Draper & Goldberg.

Therefore, while Draper & Goldberg will continue to serve as attorney of record, I will not be involved in any way with these matters. Please remove my name from all such cases. Thomas D. H. Barnett will continue to be the person to receive Notices, etc.; I believe that his name is also listed with mine on every matter for which I have signed anything.

If you have any questions, or if I can be of further assistance, please do not hesitate to contact me. My new address of record, as of August 15, 2003, will be: 8009 Gina Place, Vienna, VA 22182-4016. I have notified the DE Bar of this address change.

Thank you for your kind attention to this matter.

Respectfully,

William L. Chambers

CC: L. Darren Goldberg, Esq.

William L. Chambers
6616 Comet Circle, # 609
Springfield, VA 22150-4538
(703) 971-5916

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801-3577

July 25, 2003

Dear Sir or Madam:

Recently, I received a Password Assignment Confirmation. My name was listed as: William L. Chambers, Draper & Goldberg, PLLC, P.O. Box 947, 512 East Market Street, Georgetown, DE 19947.

Login: WC2825
Password: fihun!31

It was issued on July 15, 2003 by Phillip Jones.

This is to advise you that, effective COB on July 25, 2003, I will no longer be with the law firm of Draper & Goldberg. I will be taking a position with the Commonwealth of Virginia, and will not have any clients. Additionally, I will be notifying the Delaware Bar of my intention to go on Inactive Status in Delaware as of July 25, 2003. Therefore, I request that this Password Assignment be invalidated.

If you have any questions, or if I can be of assistance, please do not hesitate to contact me. My new address, as of August 15, 2003, is: 8009 Gina Place, Vienna, VA 22182-4016. I have already notified the DE Bar of my address change.

Thank you for your kind attention to this matter.

Respectfully,

William L. Chambers

CC: L. Darren Goldberg

William L. Chambers
6616 Comet Circle, # 609
Springfield, VA 22150-4538
(703) 971-5916

Rina Marks, Executive Director
Delaware State Bar Association
301 North Market Street
Wilmington, DE 19801

July 25, 2003

Dear Ms. Marks:

My name is William L. Chambers, DE Bar # 2825. I am writing to request that I be placed on Inactive Status effective Monday, July 28, 2003. Effective COB on July 25, 2003, I am no longer with the law firm of Draper & Goldberg. I am taking a position with the Commonwealth of Virginia, and will not be practicing law in Delaware.

Additionally, I wish to confirm that me address of record, as of August 15, 2003, will be 8009 Gina Place, Vienna, VA 22182-4016, phone # (703) 893-2209. That is my residence and I request that it be my address of record with the DE Bar, for all purposes.

If you have any questions, or if I can be of assistance, please do not hesitate to contact me.

Thank you for your kind attention to this matter.

Respectfully,


William L. Chambers

To: William Chambers, Esquire
8009 Gina Place
Vienna, VA 22182
Phone # 703 893 2209

From: John A. Muhammad
AKA
John A. Rush
24 Kiamensi Road
Wilmington, DE 19804

Case # 03L-06-064 - Superior Court
Z-20-577

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a <u>STAY AGAINST FORECLOSURE PROCEEDINGS</u> (June 13th 2006), has been executed and docketed in the Superior Court Judgment Office.

cc: Thomas D.H. Barnett, I.D. # 994
Neil F. Dignon, I.D. # 3625
512 East Market St.
Georgetown, DE 19947
302 855-9252
Attorneys for Bank of New York

cc: Superior Court Judgment Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-163 SLR |
| | ) |
| BANK OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 23d day of March, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge