ORIGINAL

In The United States District Court
For The District of Delaware

## 2nd Notice

John A. Muhammad
    PLAINTIFF      Civ. No. 06-163 SLR

V

Bank of New York
    DEFENDANT

This is a SECOND NOTICE to Defendants Counsel to STAY FORECLOSURE PROCEEDINGS. Plaintiff is asking that Defendants immediately give NOTICE to Sherriff's office, that John A. Muhammad - 24 Kiamensi Road - Wilmington, Delaware 19804 be excluded from June 13th 2006, foreclosure proceedings. (REFER TO ALL ATTACHED PAPERS

cc: William Chambers, Esquire
cc: Superior Court, Judgment Office (CASE 03L-06-064 2-80-STI)
cc: U.S. District Court- District of Delaware
cc: Thomas D.H. Barnett I.D. #994

To: William Chambers, Esquire
8009 Gina Place
Vienna, VA 22182
Phone # 703 893 2209

From: John A. Muhammad
AKA
John A. Rush
24 Kiamensi Road
Wilmington, DE 19804

Case # 03L-06-064 - Superior Court
Z-20-577

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a <u>STAY AGAINST FORECLOSURE</u> proceedings (June 13th 2006), has been executed and docketed in the Superior Court Judgment Office.

CC: Thomas D.H. Barnett, I.D. # 994
Neil F. Dignon, I.D. # 3625
512 East Market St.
Georgetown, DE 19947
302 856-9252
Attorneys for Bank of New York

CC: Superior Court Judgment Office

(2)

FILED PROTHONOTARY 2006 MAY 12 PM 12:44

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 MAY 12 PM 12:57

To: Thomas D.H. Barnett, I.D. #994
    Neil F. Dignon I.D. #3625
    512 East Market Street
    Georgetown, DE 19947
    302 855-9252
    Attorneys for Bank of New York

From: John A. Muhammad
       AKA
    John A. Rush
    24 Kiamensi Road
    Wilmington, DE 19804

Case # 03L-06-064  Superior Court
    Z-20-577

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a <u>STAY AGAINST FORECLOSURE</u> proceedings (June 13th 2006), has been executed and docketed in the Superior Court Judgment Office.

/s/ John A. Muhammad

cc: William Chambers, Esquire
    8009 Gina Place
    Vienna, VA 22182
    Phone # 703 893 2209
cc: Superior Court Judgment Office
cc: Clerk Federal Court Office

(3)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-163 SLR |
| | ) |
| BANK OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 23d day of March, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

                                           _/s/_ 
                                        United States District Judge

[FILED stamp: 2006 MAR 23 PM 1:42 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

(4)

## Orders on Motions

1:06-cv-00163-SLR Muhammad v. Bank of New York

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/23/2006 at 1:42 PM EST and filed on 3/23/2006

**Case Name:** Muhammad v. Bank of New York
**Case Number:** 1:06-cv-163
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER granting [1] Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 3/23/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/23/2006] [FileNumber=188856-0]
[1638a2a893bd6dbc203195dc0bcd7793a00427cf47c20f971e239c10ff8bf8bfb53e
a7e6d81b579c9ba0494996a19b1a7bdf7b37e8c02146af097d50d6923fdd]]

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804

(5)

**Utility Events**
1:06-cv-00163-UNA Muhammad v. Bank of New York

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 3/22/2006 at 2:46 PM EST and filed on 3/22/2006
**Case Name:**     Muhammad v. Bank of New York
**Case Number:**   1:06-cv-163
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804

(6)

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__John A. Muhammad__
Plaintiff

V.

__Bank of New York__
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, __John A. Muhammad__ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   FEB 2001 / $09.60 WEEKLY / HERMANNS WAREHOUSE 1241 E.16th ST WILM, DE 19801

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. CASE # 5001203457 / SEE
ABC #338 PER MONTH July 2004 - DEC 2004 / 1st of Month
#270 PER MONTH JANUARY 2005 UNTIL PRESENT / 1st of Month  / ATTACHMENTS

(7)

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value.
   1990 HONDA ACCORD     $500.00

   24 KIAMENSI ROAD       VALUE UNKNOWN
   WILM, DE 19804         50,000 APPROXIMATELY

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   ISAIAH MUHAMMAD - SON - Community College
   'AA'SHQ MUHAMMAD - DAUGHTER - Community College
   OLUFEMI MUHAMMAD - SON - High School - Food/Shelter/clothing

I declare under penalty of perjury that the above information is true and correct.

3-10-6                    john A. Muhamm
DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

(8)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
MUHAMMAD, JOHN A

**DEFENDANTS**
BANK OF NEW YORK

**(b)** County of Residence of First Listed Plaintiff: NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JOHN A. MUHAMMAD - PRO SE
24 KIAMENSI ROAD
WILM, DE 19804

Attorneys (If Known)
NEIL F. DIGNON, ESQUIRE
ID # 3625
512 EAST MARKET ST.
GEORGETOWN, DE 19947

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ■ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ■ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ■ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
■ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
MORTGAGE FRAUD
Brief description of cause: SATISFACTION PIECE (MORTGAGE)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE: Superior Court Johnston
DOCKET NUMBER: _____

DATE: 3-10-6
SIGNATURE OF ATTORNEY OF RECORD: John A. Muhammad

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

(9)

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN A. Muhammad

(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 06-163 SLR

BANK OF NEW YORK

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to _____
   (Federal statute on which action is based)
   for discrimination related to __Mortgage Fraud__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __24 Kiamensi Road__
   (Street Address)
   __Wilmington__ __New Castle__ __DE__ __19804__
   (City)        (County)      (State)   (Zip Code)

   _____
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __Bank of New York__
   (Street Address)

   _____
   (City) (County) (State) (Zip Code)

4. The alleged discriminatory acts occurred on ____, __DEC__, __2004__.
   (Day)   (Month)  (Year)

5. The alleged discriminatory practice  ☒ is  ☐ is not continuing.

(10)

6.  Plaintiff(s) filed charges with the __SUPERIOR COURT__
    _____(Agency)
    __(5th KING ST-500)__ __WILMINGTON__ __NC__ __DE__ __19801__
    (Street Address)   (City)    (County)   (State) (Zip)
    regarding defendant(s) alleged discriminatory conduct on: __3-23-05__
    (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?   Yes ☒   No ☐
    If yes, to whom was the appeal taken? __STATE SUPREME COURT__

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary) __DEFENDANT Alleges (SATISFACTION PIECE) of Mortgage was submitted in ERROR. In turn facts were introduced showing Mortgage Fraud by Defendant.__

10. Defendant's conduct is discriminatory with respect to the following:
    A.  ☐  Plaintiff's race
    B.  ☐  Plaintiff's color
    C.  ☐  Plaintiff's sex
    D.  ☐  Plaintiff's religion
    E.  ☐  Plaintiff's national origin

(11)

11.  Plaintiff prays for the following relief:  (Indicate the exact relief requested)

That (Satisfaction Piece) be deemed correct, in it's submission by Equi Credit, and All forclosure proceedings cease.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-10-6

_____john A. Muham_____
(Signature of Plaintiff)

(12)

Certification of Service

I John A. Muhammad certify that two copies of District Court papers were sent to Defendants by U.S. CERTIFIED SERVICE (Return Receipt)

3-24-2006

*john A. Muhammad*
John A. Muhammad
24 Kiamensi Road
Wilm, DE 19804