# Motion To Intervene

Thomas D.H. Barnett (Attorney for Defendant

512 East Market Street

Georgetown, De 19947

302 855-9252

State Bar I.D. #994

John A. Muhammad - Pro Se

## United States District Court
## For The District Of Delaware

| | |
|---|---|
| John A. Muhammad | No. 06-163 SLR |
| vs.          Plaintiff | Motion To Intervene |
| Bank of New York | (Fed. R. Civ. P. 24(a)(2)) |
| Defendants | |

John A. Muhammad

Intervenor

## Relief Sought

I, John A. Muhammad moves this

CC: US District Court
  Superior Court - 03L-06-064  2-20-577
  T. Barnett I.D. 994

COURT FOR AN ORDER that the
HONORABLE SUE L. ROBINSON MAY
INTERVENE IN this ACTION AS A
matter of Right UNDER Rule 24(a)(a)
of the FEDERAL Rules of Civil
PROCEDURE.

### DEFENSE

By INTERVENING IN this ACTION, I,
John A. MuhAmmAD SEEK to ASSERT
my Rights to Due PROCESS. The
Established COURSE FOR Judicial
PROCEEDINGS DESIGNED to SAFEGUARD
the legal Rights of myself (PLAINtiff),
is being disREGARDED by (DEFENDANTS).

### GROUNDS FOR INTERVENTION

I, John A. MuhAmmAD. is ENTITLED to
SEEK INTERVENTION IN this ACTION
AS A matter of Right BECAUSE:

I, John A. MuhAmmAD sought RELIEF
IN the United States DistRict COURT

For The District of Delaware, After the final order from State of Delaware Supreme Court, was Rendered.

1.) The defendants have been contacted through mail, in a timely matter, informing them this case has been (accepted for continuance) through District Court. Yet, FORECLOSURE proceedings have yet to be halted. This case has been accepted to be REMANDED from Appellate Court.

2.) As the docketed papers will show, dates and time, the Defendants know that this case isn't settled in it's finality. They've been notified on several ocassions, yet my (communications have been ignored.)

3.(Refer to All Attached Docketed papers) showing timely actions by

Plaintiff.

4.) I, John A. Muhammad will be SEVERELY IMPAIRED if intervention by your Honorable Sue L. Robinson isn't taken.

5.) Above All I, the Plaintiff is entitled to my Due Process, which the Denfendants ARE IGNORING AND pushing on to my property going up for sheriff's sale 6-13-06.

6.) There Actions ARE totally Against Rights given to individuals seeking justice, through the Judicial System.

7.) Refer to Attached paper ☆Rule 24(a)(2)

## Record of Motion

This Motion is based on this document,
the Notice of Motion, the Certificates
of Service and All Attachments.
     Docketed in Superior Court (Case #
03L-06-064 - 2-20-577 AND U.S.
District Court (Civ. No. 06-163 SLR),
Recorded and on file, As Evidence
to this Argument.

DATED: 6-6-6



(ATTACHMENTS)

PARTIES                                                    **Rule 24**

insel, those di-
nt in determinin-

of attorney fees
2), which invokes
58 and Appellate
: class action fee
ibdivision control
hile Rule 54(d)(2)
division.

tion must be filed.
act to court review
l3(e), it would be
he initial motion in
the motion in the
settlement that is
d to judgment, the
motion to be filed
r this subdivision (h)

arties, notice of class
t be "directed to the
members of the class
for payment of class
rom the class fund or
tice is required in all
it approval is contem-
is counsel's fee motion
e proposed settlement,
the class is parallel to
le 23(e). In adjudicated
ate the notice to avoid

id any party from whom
the fee motion. Other
defendants—may not ob-
iterest in the amount the
specify a time limit for
e date objections are due,
it time after the full fee
l objectors to examine the

r discovery relevant to the
er to allow discovery, the
he information against the
tend discovery. See Rule
ning whether to authorize
f the material submitted in
i depends in part on the fee
le to the case. If the motion
the burden should be on the
obtain further information
not there are formal objec-
ine whether a fee award is
snable fee. The rule does not
cases. The form and extent
mstances of the case. The re-
onclusions under Rule 52(a),
ating Rule 54(d)(2), this pro-
ithority to obtain assistance in
amount to award. In decid-
l of such questions to a spe-

master or magistrate judge, the court should give appropri-
ate consideration to the cost and delay that such a process
might entail.

### HISTORICAL NOTES

**Amendments to Civil Rules Proposed March 27, 2003**

Pub.L. 109–2, § 7, Feb. 18, 2005, 119 Stat. 13, provided
that amendments to rule 23 of the Federal Rules of Civil
Procedure, which are set forth in the order entered by the
Supreme Court of the United States on March 27, 2003, shall
take effect on the date of enactment of that Act [Feb. 18,
2005] or on December 1, 2003 (as specified in that order),
whichever occurred first, see Pub.L. 109–2, § 7, set out as a
note under 28 U.S.C.A. § 2074.

## Rule 23.1.   Derivative Actions by Shareholders

In a derivative action brought by one or more
shareholders or members to enforce a right of a
corporation or of an unincorporated association, the
corporation or association having failed to enforce a
right which may properly be asserted by it, the com-
plaint shall be verified and shall allege (1) that the
plaintiff was a shareholder or member at the time of
the transaction of which the plaintiff complains or that
the plaintiff's share or membership thereafter de-
volved on the plaintiff by operation of law, and (2) that
the action is not a collusive one to confer jurisdiction
on a court of the United States which it would not
otherwise have. The complaint shall also allege with
particularity the efforts, if any, made by the plaintiff
to obtain the action the plaintiff desires from the
directors or comparable authority and, if necessary,
from the shareholders or members, and the reasons
for the plaintiff's failure to obtain the action or for not
making the effort. The derivative action may not be
maintained if it appears that the plaintiff does not
fairly and adequately represent the interests of the
shareholders or members similarly situated in enforc-
ing the right of the corporation or association. The
action shall not be dismissed or compromised without
the approval of the court, and notice of the proposed
dismissal or compromise shall be given to sharehold-
ers or members in such manner as the court directs.
(Added Feb. 28, 1966, eff. July 1, 1966, and amended Mar. 2,
1987, eff. Aug. 1, 1987.)

### ADVISORY COMMITTEE NOTES
#### 1966 Addition

A derivative action by a shareholder of a corporation or by
a member of an unincorporated association has distinctive
aspects which require the special provisions set forth in the
new rule. The next-to-the-last sentence recognizes that the
question of adequacy of representation may arise when the
plaintiff is one of a group of shareholders or members. Cf. 3
Moore's *Federal Practice*, par. 23.08 (2d ed. 1963).

The court has inherent power to provide for the conduct of
the proceedings in a derivative action, including the power to
determine the course of the proceedings and require that any
appropriate notice be given to shareholders or members.

#### 1987 Amendment

The amendments are technical. No substantive change is
intended.

## Rule 23.2.   Actions Relating to Unincorporated Associations

An action brought by or against the members of an
unincorporated association as a class by naming cer-
tain members as representative parties may be main-
tained only if it appears that the representative par-
ties will fairly and adequately protect the interests of
the association and its members. In the conduct of
the action the court may make appropriate orders
corresponding with those described in Rule 23(d), and
the procedure for dismissal or compromise of the
action shall correspond with that provided in Rule
23(e).
(Added Feb. 28, 1966, eff. July 1, 1966.)

### ADVISORY COMMITTEE NOTES
#### 1966 Addition

Although an action by or against representatives of the
membership of an unincorporated association has often been
viewed as a class action, the real or main purpose of this
characterization has been to give "entity treatment" to the
association when for formal reasons it cannot sue or be sued
as a jural person under Rule 17(b). See Louisell & Hazard,
*Pleading and Procedure: State and Federal* 718 (1962); 3
Moore's *Federal Practice*, par. 23.08 (2d ed. 1963); Story, J.
in *West v. Randall*, 29 Fed.Cas. 718, 722–23, No. 17,424
(C.C.D.R.I.1820); and, for examples, *Gibbs v. Buck*, 307 U.S.
66 (1939); *Tunstall v. Brotherhood of Locomotive F. & E.*,
148 F.2d 403 (4th Cir. 1945); *Oskoian v. Canuel*, 269 F.2d
311 (1st Cir. 1959). Rule 23.2 deals separately with these
actions, referring where appropriate to Rule 23.

## Rule 24.   Intervention

**(a) Intervention of Right.** Upon timely applica-
tion anyone shall be permitted to intervene in an
action: (1) when a statute of the United States confers
an unconditional right to intervene; or (2) when the
applicant claims an interest relating to the property or
transaction which is the subject of the action and the
applicant is so situated that the disposition of the
action may as a practical matter impair or impede the
applicant's ability to protect that interest, unless the
applicant's interest is adequately represented by exist-
ing parties.

**(b) Permissive Intervention.** Upon timely appli-
cation anyone may be permitted to intervene in an
action: (1) when a statute of the United States confers
a conditional right to intervene; or (2) when an appli-
cant's claim or defense and the main action have a
question of law or fact in common. When a party to
an action relies for ground of claim or defense upon
any statute or executive order administered by a
federal or state governmental officer or agency or

In The United States District Court
For The District Of Delaware

<u>2nd Notice</u>



John A. Muhammad
                PLAINTIFF          CIV. NO. 06-163 SLR

V

Bank of New York
                DEFENDANT

This is a <u>SECOND</u> <u>notice</u> to DEFENDANTS
Counsel to <u>STAY FORECLOSURE</u> proceedings.
Plaintiff is asking that DEFENDANTS
<u>immediately</u> <u>give</u> <u>Notice</u> to SHERRIFF's
office, that John A. Muhammad - 24 Kiamensi
Road - Wilmington, Delaware 19804 be
excluded from June 13th 2006, foreclosure
Proceedings. (REFER TO <u>ALL ATTACHED</u> PAPERS

cc: William Chambers, Esquire
cc: Superior Court, Judgment Office (CASE # 03L-06-064 2-30-577)
cc: U.S. District Court - District of Delaware
cc: Thomas D.H. Barnett I.D. #994

To: William Chambers, Esquire
    8009 Gina Place
    Vienna, VA 22182
    Phone # 703 893 2209

→ No longer has Role in matter; though Superior Court office named him as attorney for Defendant

From: John A. Muhammad
        AKA
        John A. Rush
        24 Kiamensi Road
        Wilmington, DE 19804

2006 MY 12 PM 12:44
FILED
PROTHONOTARY

Case # 03L-06-064 - Superior Court
        Z-20-577

2006 MAY 12 PM 12:57
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The above case has been opened in United States District Court for the District of Delaware. (Refer to attached papers). Therefore a STAY AGAINST FORECLOSURE PROCEEDINGS (JUNE 13th 2006), has been EXECUTED And docketed in the Superior Court Judgment Office.

CC: THOMAS D.H. BARNETT, I.D. # 994
    NEIL F. DIGNON, I.D. # 3625
    512 EAST MARKET ST.
    GEORGETOWN, DE 19947
    302 856-9252
    ATTORNEYS FOR BANK OF NEW YORK
CC: Superior Court Judgment Office

(2)

To: Thomas D.H. Barnett, I.D. #994
     Neil F. Dignon I.D. #3625
     512 East Market Street
     Georgetown, DE 19947
     302 855-9252
     Attorneys for Bank of New York


From: John A. Muhammad
           AKA
      John A. Rush
      24 Kiamensi Road
      Wilmington, DE 19804


Case # 03L-06-064   Superior Court
            Z-20-577


The above case has been opened in United States
District Court for the District of Delaware, (refer
to attached papers). Therefore a STAY AGAINST
FORECLOSURE proceedings (June 13th 2006), has
been executed and docketed in the Superior
Court Judgment Office.

cc: William Chambers, Esquire
     8009 Gina Place
     Vienna, VA 22182
     Phone # 703 893 2209
cc: Superior Court Judgment Office

( 3 )

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN A. MUHAMMAD,                    )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )    Civ. No. 06-163 SLR
                                     )
BANK OF NEW YORK,                    )
                                     )
          Defendant.                 )

**O R D E R**

At Wilmington this $\mathbf{23d}$ day of March, 2006,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

          IT IS ORDERED that the application is GRANTED.


                              _____
                              United States District Judge

$(4)$

## Orders on Motions

1:06-cv-00163-SLR Muhammad v. Bank of New York

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/23/2006 at 1:42 PM EST and filed on 3/23/2006

**Case Name:**     Muhammad v. Bank of New York
**Case Number:**   1:06-cv-163
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER granting [1] Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 3/23/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/23/2006] [FileNumber=188856-0]
[1638a2a893bd6dbc203195dc0bcd7793a00427cf47c20f971e239c10ff8bf8bfb53e
a7e6d81b579c9ba0494996a19b1a7bdf7b37e8c02146af097d50d6923fdd]]

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804

(5)

https://ecf.ded.circ3.dcn/cgi-bin/Dispatch.pl?70951267504180

## Utility Events

1:06-cv-00163-UNA Muhammad v. Bank of New York

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 3/22/2006 at 2:46 PM EST and filed on 3/22/2006
**Case Name:**      Muhammad v. Bank of New York
**Case Number:**    1:06-cv-163
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-163 Notice will be electronically mailed to:**

**1:06-cv-163 Notice will be delivered by other means to:**

John A. Muhammad
24 Kiamensi Rd.
Wilmington, DE 19804

(6)

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

John A. Muhammad

Plaintiff

v.

BANK OF NEW YORK

Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, John A. MUHAMMAD                      declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant          ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?      ☐ Yes    ☒ No    (If "No" go to Question 2)

     If "YES" state the place of your incarceration _____

     **Inmate Identification Number (Required):**_____

     Are you employed at the institution? _____ Do you receive any payment from the institution? _____

     *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.   Are you currently employed?    ☐ Yes    ☒ No

     a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your  employer.

     b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
     FEB 2001 / $09.60 WEEKLY/ HERMANNS WAREHOUSE 1241 E. 16th St WILM, DE 19801

3.   In the past 12 twelve months have you received any money from any of the following sources?

     | | | Yes | No |
     |---|---|---|---|
     | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
     | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
     | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
     | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
     | e. | Gifts or inheritances | ☐ Yes | ☒ No |
     | f. | Any other sources | ☒ Yes | ☐ No |

     If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. CASE # 5001203457 SEE
     ABC $338 PER month July 2004. DEC 2004 / 1st of Month ATTACHMENTS
     ... PER month JANUARY 2005 ... PRESENT/1st of Month

(7)

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.     Do you have any cash or checking or savings accounts?          ☐ Yes     ☒ No

If "Yes" state the total amount  $ _____

5.     Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

☒ Yes     ☐ No

If "Yes" describe the property and state its value.
1990 HONDA ACCORD        $500.00

24 KIAMENSI ROAD          VALUE UNKNOWN
WILM, DE 19804            50,000 APPROXIMATELY

6.     List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

ISAIAH MUHAMMAD - SON - Community College
'Ai'sha MUHAMMAD - DAUGHTER - Community College
OLUFEMI MUHAMMAD - SON - High School - Food/Shelter/clothing

I declare under penalty of perjury that the above information is true and correct.

3-10-6                   john A. Muhamm
DATE                     SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

(8)

≈JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MUHAMMAD, JOHN A

**DEFENDANTS**
BANK OF NEW YORK

**(b)** County of Residence of First Listed Plaintiff   NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
JOHN A. MUHAMMAD - PRO SE
24 KIAMENSI ROAD
WILM, DE 19804

Attorneys (If Known)
NEIL F. DIGNON, ESQUIRE
ID # 3625
512 EAST MARKET ST.
GEORGETOWN, DE 19947

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        (U.S. Government Not a Party)

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☒ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        another district
        (specify)

☐ 6   Multidistrict
        Litigation

☐ 7   Appeal to District
        Judge from
        Magistrate
        Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
MORTGAGE FRAUD
Brief description of cause:
SATISFACTION PIECE (MORTGAGE)

## VII. REQUESTED IN
## COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)
## IF ANY
(See instructions):
JUDGE   Superior Court Johnston   DOCKET NUMBER

DATE
3 - 10 - 6

SIGNATURE OF ATTORNEY OF RECORD
John A. Muhammad

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

(9)

(Del. Rev.12/98)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN A. Muhammad

_____
(Name of Plaintiff or Plaintiffs)

v.

BANK OF NEW YORK

_____
(Name of Defendant or Defendants)

CIVIL ACTION NO. 06- 163 SLR

## COMPLAINT

1.  This action is brought pursuant to _____
    _____
    (Federal statute on which action is based)
    for discrimination related to _Mortgage Fraud_ _____ jurisdiction exists by virtue of
    (In what area did discrimination occur? e.g. race, sex, religion)

    _____
    (Federal statute on which jurisdiction is based)

2.  Plaintiff resides at _24 Kiamensi Road_
    (Street Address)
    _Wilmington_   _New Castle_   _DE_   _19804_
    (City)          (County)      (State)   (Zip Code)

    _____
    (Area Code) (Phone Number)

3.  Defendant resides at, or its business is located at _Bank of New York_
    (Street Address)

    _____
    (City)       (County)       (State)       (Zip Code)

4.  The alleged discriminatory acts occurred on _____ , _DEC_ , _2004_ .
    (Day)      (Month)      (Year)

5.  The alleged discriminatory practice  ☒ is   ☐ is not continuing.

(10)

6.    Plaintiff(s) filed charges with the _SUPERIOR Court_
(Agency)
(5th Kinʃ ST-500) WILMINGTON NC DE 1980L
(Street Address)    (City)    (County)    (State)    (Zip)
regarding defendant(s) alleged discriminatory conduct on: _3-23-05_
(Date)

7.    Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.    Was an appeal taken from the agency's decision?    Yes ☒    No ☐
      If yes, to whom was the appeal taken? _STATE SUPREME Court_

9.    The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if necessary)

_DEFENDANT Alleges (SATISFACTION Piece)_

_of Mortgage WAS submitted iN ERROR._

_IN turN facts were INtroduced showing_

_Mortgage FRAud by DEFENDANT._

10.                Defendant's conduct is discriminatory with respect to the following:

      A.    ☐    Plaintiff's race

      B.    ☐    Plaintiff's color

      C.    ☐    Plaintiff's sex

      D.    ☐    Plaintiff's religion

      E.    ☐    Plaintiff's national origin

(11)

11.    Plaintiff prays for the following relief:    (Indicate the exact relief requested)

That (SATisFACTioN Piece) be
dEEmed CORREC+, IN i+'s
SubmissioN by EQui Credit, ANd
All ForClosuRE proceedings CEASE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    3 - 10 - 6

john A. Muham
(Signature of Plaintiff)

(12)

## Certification of Service

I John A. Muhammad certify that

two copies of District Court paper

were sent to Defendants by

U.S. Postal Service. (3-10-06)

John A. Muham
John A. Muhammad
24 Kiamensi Rd
Wilm DE 19804

Certification of Service

I John A. Muhammad certify that

two copies of District Court Papers

were sent to Defendants by

U.S. CERTIFIED SERVICE (Return Receipt)

3-24-2006

john A. Muhammad
John A. MUHAMMAD
24 Kiamensi Road
Wilm, DE 19804

# Certification of Service

I, John A. Muhammad certify that

Copies have been sent to Defendants

by U.S. Postal Service.

6-6-6.

john A. Muhammad
john A. Muhammad
24 Kiamensi Road
Wilm, DE 19804



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

GEORGETOWN DE 19947

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Sent To  T. BARNETT

Street, Apt. No.; or PO Box No.  512 EAST MARKET ST.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7005 3110 0003 3389 9853