TO: THE HONORABLE                          6-9-6
     SUE L. ROBINSON

FROM: JOHN A. MUHAMMAD    CASE # 06-163 SLR

I'm writing to you in regards to my
MOTION TO INTERVENE. My CASE WAS
Filed in MARCH 2006, but the DEFENDANTS
(BANK OF NEW YORK), have yet to be
SERVED NOTICE. MEANTIME THEY'VE proceeded
with (FORECLOSURE), which is this
coming TUESDAY, 6-13-06. The CASE IN
QUESTION, IS BASED ON my (PROPERTY) 24
KIAMENSI ROAD, WILMINGTON, DELAWARE
19804. I proceeded in a timely manner
to have this CASE IN U.S. District Court,
but before being heard, I'm now facing
losing my PROPERTY, before due PROCESS
IS RENDERED. This AVENUE of Relief,
I sought coming from the State Supreme Court.
Until my QUEST for JUSTICE is given, I
ASK that this Court AND the Honorable
Sue L. Robinson STAY the (FORECLOSURE) UNTIL
All is SETTLED IN Court. HEARTfully I
ASK for your immediate Attention.

                              john A. Muhammad