IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN A. MUHAMMAD
PLAINTIFF

V.

BANK OF NEW YORK
TRUSTEE FOR
EQUICREDIT CORPORATION
OF AMERICA
DEFENDANT

CIVIL ACTION NO. 06-163 SLR

AMENDMENT

1. THIS ACTION is brought pursuant TO FEDERAL
STATUTE 18 & 1005 AND 18 & 1506

2. PLAINTIFF RESIDES AT 24 KIAMENSI ROAD,
WILMINGTON, NEW CASTLE COUNTY, DE 19804.

3. DEFENDANT RESIDES AT, OR ITS BUSINESS
IS LOCATED AT, P.O. BOX 44136/
F19-014-03-32, JACKSONVILLE, FLORIDA 32231.

4. WAS AN APPEAL TAKEN FROM AGENCY's DECISION (YES)

5. PLAINTIFF FILED CHARGES WITH THE STATE
SUPREME COURT. AND SUPERIOR COURT

CIVIL ACTION
NO. 06-163 SLR

6. PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:

I THE PLAINTIFF ASK THAT THIS COURT UPHOLD THAT THE (SATISFACTION PIECE) SO DATED JANUARY 22 2001, having been submitted into Public RECORD by (J. CALTRIDER, ASST. VICE PRESIDENT OF EQUICREDIT CORPORATION OF AMERICA, WITH NOTARIZATION, be deemed CORRECT AND TRUE, IN THE NEW CASTLE COUNTY RECORDERS OFFICE.

I declare under penalty of perjury that the foregoing is TRUE AND CORRECT.

DATED: JULY 18th 2006

Mr. john A. Muhammad